**John SILVA, an individual,
Plaintiff—Appellant,**

v.

**COUNTY OF LOS ANGELES; James C.
Chalfant, an individual; Kathryn Doi
Todd, an individual; Bruce E. Mitch-
ell, an individual; Roger W. Boren, an
individual; Michael G. Nott, an indi-
vidual, Defendants—Appellees.**

No. 02–56551.

D.C. No. CV–02–04645–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2003.*

Decided Dec. 29, 2003.

Richard I. Fine, Esq., Law Offices of
Richard I. Fine and Associates, Beverly
Hills, CA, for Plaintiff-Appellant.

Elwood G. Lui, Esq., Jones Day, Los
Angeles, CA, Brenda L. McCormick, Esq.,
Benton, Orr, Duval & Buckingham, Ventu-
ra, CA, for Defendants–Appellees.

Before BEEZER and KOZINSKI,
Circuit Judges, and SCHWARZER,**
Senior District Judge.

MEMORANDUM***

The district court did not err in dismiss-
ing plaintiff's claim because plaintiff does

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** The Honorable William W Schwarzer, Senior
United States District Judge for the Northern
District of California, sitting by designation.

not allege facts that would establish stand-
ing. *See Steel Co. v. Citizens for Better
Environment*, 523 U.S. 83, 102–04, 118
S.Ct. 1003, 140 L.Ed.2d 210 (1998).

AFFIRMED.

---

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.